**SEALED**



FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ,<br><br>Defendant. | 2:12-SW 00122 EFB<br><br>ORDER ON UNITED STATES' REQUEST FOR CONDITIONS ON ASSET SUBJECT TO SEIZURE<br><br>**SEALED** |

A seizure warrant was issued on March 15, 2012 directing the seizure of a 51% interest in Earthsavers Erosion Control, LLC, held in the name of Darrell Hinz. Upon application of the United States of America and pursuant to the seizure warrant and the Court's authority under Title 28, United States Code, Section 1355, IT IS HEREBY

ORDERED that **Earthsavers Erosion Control, LLC** shall not transfer, convey or dispose of the equity ownership interest specified in this seizure order without further order of this Court, that **Earthsavers Erosion Control, LLC** shall not grant, convert, or otherwise modify the equity ownership interest specified in this seizure order without further order of this Court, nor shall **Earthsavers Erosion Control, LLC** honor any

demands by anyone or any entity to leverage or borrow against the equity interest specified in this seizure order without further order of this Court. It is further

ORDERED, that **Earthsavers Erosion Control, LLC** shall remit all disbursement or remuneration including but not limited to, dividend, interest, or settlement payments, affiliated with the equity ownership specified in this seizure order payable to the U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC. It is further

ORDERED, that **Earthsavers Erosion Control, LLC** shall send copies of all future correspondence pertaining to the equity ownership specified in this seizure order including but not limited to, statements and voting notices, to the Internal Revenue Service – Criminal Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC. It is further

ORDERED, that **Earthsavers Erosion Control, LLC** shall comply with each and every term of this Court order, however, subject to the Court modifying its own order for good cause shown.

Date: 3-15, 2012

EDMUND F. BRENNAN
United States Magistrate Judge