

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00118-EFB |
|---|---|
| 50% INTEREST IN THE $250,000.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED AT 2129 EAST MAIN STREET, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 098-110-026, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | 2:12-SW-00119-EFB 2:12-SW-00120-EFB 2:12-SW-00121-EFB 2:12-SW-00122-EFB 2:12-SW-00123-EFB 2:12-SW-00124-EFB 2:12-SW-00125-EFB 2:12-SW-00126-EFB 2:12-SW-00127-EFB 2:12-SW-00128-EFB |
| 5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | |
| 51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, | |
| ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAMES OF DARRELL HINZ, | |

1  ANY AND ALL OWNERSHIP INTEREST
2  IN DOUBLE CREEK RANCH, LLC, HELD
   IN THE NAMES OF GREGORY BAKER,

3  ALL FUNDS MAINTAINED AT 49ER
4  CREDIT UNION BANKACCOUNT
   NUMBER 1096173, HELD IN THE
5  NAMES OF GREGORY S. BAKER AND
   DARRELL HINZ, WITH AN
6  APPROXIMATE BALANCE OF $50,293
   (PLUS ACCRUED INTEREST),

7  2010 MERCEDES-BENZ CLS550, VIN:
   WDDDJ7CB3AA165644, LICENSE
8  NUMBER 6SYA458,

9  $1,931,118.00 INTEREST IN THE
10 $2,437,500.00 PROMISSORY NOTE
   SECURED BY REAL PROPERTY
11 LOCATED ON PLACER CORPORATE
   DRIVE, ROCKLIN, CALIFORNIA,
12 PLACER COUNTY, APN: 017-270-070,
   INCLUDING ALL APPURTENANCES
13 AND IMPROVEMENTS THERETO, and

14 ALL FUNDS MAINTAINED AT
   PREMIERWEST BANKACCOUNT
15 NUMBER 083500859, UP TO AND
   INCLUDING $62,576,

16              DEFENDANTS.

18  Upon application of the United States of America and good cause having been
19 shown,
20  IT IS HEREBY ORDERED that the seizure warrants and seizure warrant
21 affidavit in the above-captioned proceedings be and are hereby unsealed.

23 Date: *April 3*, 2012

   _____
   DALE A. DROZD
   United States Magistrate Judge